**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 02: 04cr0050 |
| | ) | |
| ALEXIS McINTYRE | ) | |

**ORDER OF COURT**

Presently pending before the Court is the MOTION TO AMEND JUDGMENT

ORDER OF ALEXIS MCINTYRE filed *pro se* by Alexis McIntyre, and the response in

opposition filed by the government.  For the reasons that follow, the Motion will be denied.

On July 14, 2004, Defendant Alexis McIntyre pleaded guilty to both counts of a two-

count indictment which charged him with Conspiracy to Commit Offenses Against the United

States on or about August 1, 2003, to February 2, 2004, in violation of Title 18, United States

Code, § 371 (Count I), and Bank Robbery, which occurred on August 30, 2003, in violation of

Title 18, United States Code, § 2113(a) (Count II).

At the time he was arrested on these federal charges, Defendant was serving a state

court sentence of 11-1/2 to 23 months,  which had been imposed on December 16, 2003.

That sentence was a result of Defendant having pled guilty to Possession With Intent to Deliver

Controlled Substance, Possession of Controlled Substance, and Possession or Distribution of a

Small Amount of Marijuana in the Allegheny County Court of Common Pleas, Criminal

Division, Pittsburgh, Pennsylvania.

On February 25, 2005, this Court sentenced Defendant on his federal charges to a

term of imprisonment of 63 months, which sentence consisted of 60 months at Count 1 and 63

months at Count 2, to be served concurrently.  At the time of sentencing, the Court also noted

that the federal sentence was to be served concurrently with the state court sentence the

Defendant was currently serving.[1]    Defendant's state court sentence is now fully discharged.

See Gov't's Response at ¶ 5.

On March 7, 2005, Defendant filed a Notice of Appeal, which appeal remains

pending before the Court of Appeals for the Third Circuit.

Defendant has filed the instant motion in which he asks the Court for an order *nunc*

*pro tunc* clarifying the Judgment Order.  In essence, Defendant argues that the Judgment is

ambiguous because it does not indicate whether the "concurrent" term was to be retroactively or

prospectively concurrent.

There are few circumstances in which a district court may continue to exercise

authority over a case after the filing of a notice of appeal, an "event of jurisdictional

significance [that] confers jurisdiction on the court of appeals and divests the district court of its

control over . . . the case."  *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58-59

(1982).  A district court may proceed if the appeal is patently frivolous, if the notice of appeal

relates to a non-appealable order or judgment, or if the appeal is taken in bad faith and would

result in unwarranted delay.  *See United States v. Leppo,* 634 F.2d 101 (3d Cir. 1980) (patently

frivolous);  *Mondrow v. Fountain House*, 867 F.2d 798 (3d Cir. 1989) (non-appealable order or

judgment); and *Mary Ann Pensiero, Inc. v. Lingle*, 847 F.2d 90 (3d Cir. 1988) (bad faith).

The Notice of Appeal in this case clearly relates to an appealable order or judgment;

---

[1]     On March 8, 2005, the government filed a Motion Pursuant to Rule 35(b) of the
Federal Rules of Criminal Procedure.  Defendant was resentenced on May 2, 2005,
and his sentence was reduced to 51 months imprisonment, which sentence
consisted of 48 months at Count 1 and 51 months at Count 2, to be served
concurrently.

2

specifically, the Judgment Order issued by the Court on February 25, 2005.  *See* Notice of

Appeal, filed March 7, 2005 (Document No. 81).  Accordingly, the Court finds and rules that

its jurisdiction has been divested by virtue of the of the Notice of Appeal filed by Defendant.

AND NOW, this 15th day of May, 2006, it is hereby **ORDERED, ADJUDGED**

**AND DECREED** that this Court does not have the jurisdiction to decide the pending MOTION

TO AMEND JUDGMENT ORDER OF ALEXIS MCINTYRE filed *pro se* by Alexis McIntyre

and, thus, same is **DENIED**.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc:      Michael J. Healey, Esquire
         Healey & Hornack
         Email: mike@unionlawyers.net

         Mr. Alexis McIntyre
         Reg. No. 08038-068
         USP Lewisburg
         P. O. Box 1000
         Lewisburg, PA 17837

         James H. Love,
         Assistant U.S. Attorney
         Email: james.love@usdoj.gov